No. A–1027. FITZHUGH *v.* UNITED STATES. C. A. 8th Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. D–1673. IN RE DISBARMENT OF POLLACK. Disbarment entered. [For earlier order herein, see 517 U. S. 1153.]

No. D–1676. IN RE DISBARMENT OF SUMMERS. Disbarment entered. [For earlier order herein, see 517 U. S. 1165.]

No. D–1696. IN RE DISBARMENT OF MORROW. John O. Morrow, Jr., of Florence, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1697. IN RE DISBARMENT OF KOSS. Lewis Michael Koss, of Calabasas, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1698. IN RE DISBARMENT OF MCATEE. James R. McAtee, of Pensacola, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–72. FIKE *v.* RUGER ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 95–992. TURNER BROADCASTING SYSTEM, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, 516 U. S. 1110.] Motion of appellants to file one volume of the joint appendix under seal granted.

No. 95–9263. IN RE OXFORD; and
No. 95–9463. IN RE JOUBERT. Petitions for writs of habeas corpus denied.

No. 95–326. J & T COAL, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.